# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/21

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

September 9, 2021

Hon. Victor Marrero
United States District Judge
Southern District of New York
US Courthouse
500 Pearl Street
New York, NY 10007

Via ECF and email to Marcelo_Triana@nysd.uscourts.gov

Re: United States v. Saro Mouradian
20 Cr. 652 (VM)

Dear Judge Marrero:

We represent the defendant Saro (Paul) Mouradian under the Criminal Justice Act.

We write with the consent of US Pretrial Services Officer Marlon Ovalles (Marlon_Ovalles@nyspt.uscourts.gov) and without objection from the Government (Cecilia.Vogel@usdoj.gov) to request permission for our client, who resides with his wife and children in Hollywood, FL and is free on a $250,000 Personal Recognizance Bond, to travel to Orlando, FL from September 14th to 16th in his own automobile in order to compete in the World Armwrestling Championship, a sport in which he holds several titles. He intends to stay at the Grove Resort in neighboring Winter Garden, FL for three nights.

If this meets with the Court's approval, kindly "So Order" this letter, or have Chambers contact the undersigned if there are any questions or concerns.

Very truly yours,

*Bennett M. Epstein*
Bennett M. Epstein

---

Request **GRANTED**.  The conditions of defendant Saro Mouradian's pretrial release are modified to permit him to travel to Orlando, Florida, from September 14 to September 16, 2021.

**SO ORDERED.**

September 9, 2021

/s/ Victor Marrero
U.S.D.J.