# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
## 100 LAFAYETTE STREET
## SUITE 502
## NEW YORK, N.Y. 10013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/2/2021
```

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

November 1, 2021

Hon. Victor Marrero
United States District Judge
U.S, Courthouse
500 Pearl Street
New York, NY 10007

Via ECF and email to Marcelo_Triana@nysd.uscourts.gov

Re; United States v. Saro Mouradian
20 Cr. 652 (VM)

Dear Judge Marrero:

    I represent the above-named defendant under the Criminal Justice Act. He resides with his wife and children in Hollywood, FL and is free on a $250,000 Personal Recognizance Bond. His two daughters are both gymnasts who are training to be Olympic athletes.

    I write with the approval of Pretrial in Florida (Bernisa_Mejia@flsp.uscourts.gov) and in New York (Joshua_Rothman@nyspt.uscourts.gov) to permit him to travel to with his daughters to the "Holiday Cup" competition in Chatsworth CA which will be held December 17-19th, 2021. This will require him to fly to the Los Angeles, CA area and return between December 15-20, 2021. He intends to stay at the home of his mother-in-law, who lives in LaCrescentia, CA. The Government (Emily.Deininger@usdoj.gov) does not object provided he inform his supervising Pretrial officer of the details of his itinerary.

    If this meets with the Court's approval, kindly "So Order" this letter or have Chambers contact me.

Very truly yours,

*Bennett M. Epstein*

Bennett M. Epstein

---

Request GRANTED. Defendant Saro Mouradian's conditions for pretrial release are modified as described above, on the condition that he inform his supervising Pretrial officer of the details of his itinerary.

**SO ORDERED.**
November 2, 2021

_____
Victor Marrero
U.S.D.J.