**EPSTEIN SACKS PLLC**
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2022
```

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

April 1, 2022

Hon. Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Filed by ECF and email to ChambersNYSDMarrero@nysd.uscourts.gov

<u>Re; United States v. Saro Mouradian</u>

20Cr. 652 (VM)

Dear Judge Marrero:

    I represent the defendant Mouradian under CJA. Mr. Mouradian is released on bond and resides in Hollywood, Florida. His current trave limits are restricted to South Florida. The purpose of this letter is to request permission for him to fly to Houston, Texas with his wife and two daughters, who are young gymnasts, to attend the daughters' gymnastics competition there. He will file his complete itinerary with Pretrial Services.

    I have contacted Florida Pretrial (Bernisa_Mejia@flsp.uscourts.gov), NewYork Pretrial (Marlon_Ovalles@nyspt.uscourts.gov) and the Government (Emily.Deininger@usdoj.gov) and they have all authorized me to inform the Court that they have no objection so long as he files his itinerary with Pretrial.

    If this meets with the Courts approval, kindly "So Order" this letter or have Chambers contact me if there are any questions or concerns.

(nic Signature)

---

Request **GRANTED**. The defendant's terms of supervised release are modified to permit him to travel to Houston, Texas, provided he files his complete itinerary with Pretrial Services.

**SO ORDERED.**
April 4, 2022

_____
Victor Marrero
U.S.D.J.