**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        -against-

SARO MOURADIAN,

        Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2022

**20 CR 652 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, U.S.D.J.:**

The defendant Saro Mouradian filed a motion for a separate trial pursuant to Federal Rule of Criminal Procedure 14. (<u>See</u> Dkt. No. 167.) The Government is directed to submit a three-page letter, in ten (10) days, responding to Mouradian's motion.

**SO ORDERED.**

Dated:    May 4, 2022
            New York, New York

                                            _____
                                            Victor Marrero
                                              U.S.D.J.