# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET
### SUITE 502
### NEW YORK, N.Y. 10013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

November 10, 2022

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Via ECF and email to ChambersNYSDMarrero@nysd.uscourts.gov

        Re: United States v. Saro Mouradian
        20 Cr. 652 (VM)

Dear Judge Marrero:

    We represent the defendant Saro (Paul) Mouradian pursuant to CJA.  Mr. Mouradian is free on bond and resides in Hollywood, FL with his wife and children.  The purpose of this letter is to respectfully request permission for him to travel to Burbank, CA and vicinity from December 15, 2022 to December 20, 2022 for a gymnastic competition in Chatsworth, CA in which his two daughters are participants.  Both the Probation Department (in FL and in this District) and the Government have consented to this request, on the condition that he provide Probation with an itinerary, which he has already done, and check back with them when he returns.  The Court has approved several similar requests in the past and Mr. Mouradian has had perfect compliance.

    If the Court approves the instant request, kindly "So Order" this letter or have Chambers contact me with any questions or concerns.

Very truly yours,

*Bennett M. Epstein* .

Bennett M. Epstein



Request GRANTED. Subject to the Government's conditions noted above, Defendant's travel request is granted.

SO ORDERED.
11/15/2022
DATE    VICTOR MARRERO, U.S.D.J.