# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET
### SUITE 502
### NEW YORK, N.Y. 10013
*(212) 684-1230*

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2022
```

December 28, 2022

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Via email to ChambersNYSDMarrero@nysd.uscourts.gov

Re: United States v. Saro Mouradian
20 Cr. 652 (VM)

Dear Judge Marrero:

    We represent the defendant Saro (Paul) Mouradian pursuant to CJA. Mr. Mouradian is on bond and resides in Hollywood, FL with his wife and family.

    The Court has scheduled a conference on Friday, January 6, 2023 at 1 pm and has required all parties to attend in person. The purpose of this letter is to request permission for Mr. Mouradian to travel to New York City and remain for a period of time between the dates of January 4, 2023 and January 7, 2023 to consult with counsel at our offices and to attend the conference. Pretrial does not object so long as Mr. Mouradian provides them with a detailed itinerary, and the Government also does not object.

    If this meets with the Court's approval, kindly "So Order" this letter or have Chambers contact me with any questions or concerns.

Very truly yours,

*Bennett M. Epstein*

Bennett M. Epstein

**Request GRANTED.** Defendant's bail conditions are modified to authorize travel from Florida to New York on 1/6/23, on an itinerary submitted to and approved by the Probation Department.

**SO ORDERED.**
12/30/2022
DATE — VICTOR MARRERO, U.S.D.J.