USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2023

# EPSTEIN SACKS PLLC
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

March 24, 2023

> **Request GRANTED.** Defendant's pretrial release conditions are modified to authorize travel from Florida to Las Vegas, NV from April 6 to 10, 2023 on the terms and conditions specified below.
>
> **SO ORDERED.**
> 03/27/2023
> *(signed)* VICTOR MARRERO, U.S.D.J.

Hon. Victor Marrero
United States District Judge
Southern District of New York
US Courthouse
500 Pearl Street
New York, NY 10007

Via ECF and email to Jared_Grubo

Re: <u>United States v. Saro Mouradian</u>
20 Cr. 652 (VM)

Dear Judge Marrero:

    We represent the defendant Saro (Paul) Mouradian, who resides in Florida and is currently released on a personal recognizance bond.

    We respectfully request permission for him to accompany his wife and daughters to a gymnastics competition in Las Vegas, NV between April 6 and 10, 2023, where his daughters are scheduled to compete.

    His local Pretrial Officer (Bernisa Mejia), his SDNY Pretrial Officer (Marlon Ovalles) and The attorney for the Government (Emily Deininger) all consent, with the requirement that he provide his itinerary to Pretrial and Florida and notify Pretrial in Florida upon his return.

    Mr. Mouradian has a perfect history of compliance with the conditions of his bond and previous travel requests to accompany his daughters to their competitions.

    If this meets with the Court's approval, kindly "So Order" this letter or have Chambers contact me with any questions or concerns.

Very truly yours,

*Bennett M. Epstein*

Bennett M. Epstein