# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
## 100 LAFAYETTE STREET
## SUITE 502
## NEW YORK, N.Y. 10013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2023
```

**BENNETT M. EPSTEIN:** (917) 653-7116
**SARAH M. SACKS:** (917) 566-6196

April 11, 2023

Hon. Victor Marrero
United States District Judge
Southern District of NewYork
US Courthouse
500 Pearl Street
New York, NY 10007

Via ECF and email to Jared_Grubow



Request **GRANTED.** The travel request is approved for the purposes and on the terms and conditions specified below.

**SO ORDERED.**

04/11/2023
DATE            VICTOR MARRERO, U.S.D.J.

Re: United States v. Saro Mouradian
20 Cr. 652 (VM)

Dear Judge Marrero:

   We represent the defendant Saro (Paul) Mouradian, who resides in Florida and is currently released on a personal recognizance bond.

   We respectfully request permission for him to accompany his wife and daughters to a gymnastics competition in Houston, TX where his daughters are scheduled to compete on April 15th and April 16th, 2023. He would travel to Houston on the 14th and return on the 17th of April.

   His local Pretrial Officer (Bernisa Mejia), his SDNY Pretrial Officer (Marlon Ovalles) and The attorney for the Government (Emily Deininger) all consent, with the requirement that he provide his itinerary to Pretrial and Florida and notify Pretrial in Florida upon his return.

   Mr. Mouradian has a perfect history of compliance with the conditions of his bond and previous travel requests to accompany his daughters to their competitions.

   If this meets with the Court's approval, kindly "So Order" this letter or have Chambers contact me with any questions or concerns.

Very truly yours,

*Bennett M. Epstein*

Bennett M. Epstein