```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            Plaintiff,

   - against -

SARO MOURADIAN,

            Defendant.

**20 Cr. 652 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

The motion by Bennett M. Epstein and Sarah M. Sacks to withdraw as counsel to Defendant is **GRANTED**. The Clerk is respectfully directed to terminate the appearance of Mr. Epstein and Ms. Sacks and to close the motion pending at Dkt. No. 271.

**SO ORDERED.**

Dated:    27 June 2023
             New York, New York

                                           _____
                                              Victor Marrero
                                                U.S.D.J.