```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :      ORDER
                                    :
    -v.-                            :      20 Cr. 652 (VM)
                                    :
SARO MOURADIAN,                     :
   a/k/a "Paul Mouradian,"          :
                                    :
                        Defendant.  :
                                    :
------------------------------------x
```

WHEREAS, with the consent of defendant Saro Mouradian, a/k/a "Paul Mouradian," the defendant's guilty plea allocution was taken before a United States Magistrate Judge on August 17, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and it is further

ORDERED that the defendant shall be sentenced on February 9, 2024 at 1:00 PM; and it is further

ORDERED that the final pre-sentence report shall be submitted no later than January 12, 2024.

SO ORDERED.

Dated:  New York, New York
        November 9, 2023

_____
Victor Marrero
U.S.D.J.