

JOSEPH DIBENEDETTO*
*ADMITTED IN NY, NJ & DC

EDWARD S. PANZER
MARIO J. DEROSSI
OF COUNSEL

December 20, 2023

**VIA ECF**
The Honorable Victor Marrero
United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:    **United States v. Saro Mouradian, et al.**
                 **20 CR 652 (VM)**

Dear Judge Marrero:

      I write, with no objection from the government and Pretrial Services, to respectfully request that this Court modify the previous order granting Mr. Mouradian permission to travel with his daughters to their out of state rhythmic gymnastics events (Doc. No. 327).

      Mouradian was scheduled to return home today. Unfortunately he missed his flight due to heavy traffic in Los Angeles, California. Mouradian left for the airport four hours prior to the flight and still ended up missing his flight. The next available flight out of Los Angeles, California is at 9:10 PM on December 22, 2023. He is scheduled to arrive home in the early morning on December 23, 2023. While in Los Angeles, California, he is staying at his mother in laws residence. He has conveyed all of this information to his pretrial officer.

      Accordingly, we are respectfully requesting that this Court modify the previous Order to include a return date of December 23, 2023.



Request GRANTED. The Order at Dkt. No. 327 is hereby modified such that Defendant shall return from California by December 23, 2023.

SO ORDERED.
12/21/2023
DATE
VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

/s/
Joseph DiBenedetto