UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    - against -<br><br>SARO MOURADIAN,<br><br>                 Defendant. | 20 Cr. 652 (VM)<br><br>ORDER |

**VICTOR MARRERO**, United States District Judge.

Upon consent of the parties, the sentencing proceeding in this matter, currently scheduled for February 9, 2024, is hereby adjourned to March 8, 2024 at 1 PM.

**SO ORDERED.**

Dated:    2 February 2024
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2024

_____
Victor Marrero
U.S.D.J.

1