USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/20/2026___

JD

# DiBenedetto
## —— LAW ——

**100 Old Country Road, Suite 103**
**Mineola, New York 11501**
T: (212) 608 5858 | F: (516) 307 1693
**www.dibenedettolaw.com**

Joseph DiBenedetto*
*admitted in NY, NJ & DC

Edward S. Panzer
Mario J. DeRossi
Of Counsel

May 19, 2026

Request **GRANTED.**

**SO ORDERED.**

___5/20/2026___
DATE          VICTOR MARRERO, U.S.D.J.

*VIA ECF*
The Honorable Victor Marrero
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**    **United States v. Saro Mouradian, et al.**
           **20 CR 652 (VM)**

Dear Judge Marrero:

      I write to respectfully request that Mr. Mouradian be allowed to travel to Yerevan, Armenia from June 30, 2026 through July 18, 2026, to visit his brother who is recovering from open heart surgery.

      Mr. Mouradian completed his term of incarceration and has been on supervised release for over 17 months. Mr. Mouradian has been fully compliant with his terms of supervision, including restitution payments.

      I have contacted both government counsel and the Department of Probation regarding this request. The government defers to the recommendation of the Department of Probation and noted that if the request is granted, Mouradian must provide an itinerary to Probation and check in upon his return. The Department of Probation does not object to this travel request.

      If this request is granted, Mouradian will provide Probation with a detailed itinerary and check in upon his return.

                          Respectfully submitted,

                          /s/
                          Joseph DiBenedetto

